[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT
_____

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
AUGUST 17, 2010
JOHN LEY
CLERK

No. 10-10759
Non-Argument Calendar
_____

D.C. Docket No. 1:09-cr-20889-JAL-1

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

JACQUE LOUISGESTE,
a.k.a. Rene Wilson,

Defendant-Appellant.

_____

Appeal from the United States District Court for the
Southern District of Florida

_____

(August 17, 2010)

Before BLACK, WILSON and KRAVITCH, Circuit Judges

PER CURIAM:

Robin J. Farnsworth, appointed counsel for Louisgeste in this direct

criminal appeal, has moved to withdraw from further representation of the

appellant and filed a brief pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct.

1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and Louisgeste's conviction and sentence are **AFFIRMED**.